IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CRIMINAL NO. |
| | : | |
| v. | : | VIOLATION: |
| | : | |
| **THEODORE R. MORGAN,** | : | 18 U.S.C. § 641 |
| | : | (Theft of Government Property) |
| **Defendant.** | : | |

## INFORMATION

The United States Attorney informs the Court:

### COUNT ONE

From on or about June 3, 2002, to on or about July 3, 2006, in the District of Columbia, Theodore R. Morgan did steal, purloin and knowingly convert to his use, $50,782 in monies of the Social Security Administration, a department and agency of the United States.

(**Theft of Government Property**, in violation of Title 18, United States Code, Section 641)

JEFFREY A. TAYLOR
Attorney of the United States in
and for the District of Columbia
D.C. Bar No. 498610

by: _____
Michael C. Liebman
Assistant United States Attorney
D.C. Bar No. 479562
Federal Major Crimes Section
555 Fourth Street, N.W., Room 4231
Washington, D.C.  20530
(202) 353-2385