AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court

_____ DISTRICT OF _____

UNITED STATES OF AMERICA
v.
Theodore R. Morgan

WAIVER OF INDICTMENT

**FILED**

CASE NUMBER:

MAY 21 2007

NANCY MAYER WHITTINGTON, CLERK
U.S DISTRICT COURT

I, Theodore R. Morgan, the above named defendant, who is accused of

Theft of Government property in violation of 18 U.S.C. §641

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on May 21, 2007 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

X _____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer