UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA        :       Case No: 07-105
                                :
              v.                :
                                :                    **FILED**
THEODORE R. MORGAN              :
                                :                    MAY 21 2007

                                                NANCY MAYER WHITTINGTON, CLERK
                                                     U.S. DISTRICT COURT

**ORDER**

Upon oral motion of the Government, and for good cause shown, it is this 21st day of May 2007, hereby ORDERED that the defendant shall accompany Social Security Administration Inspector General's Office Special Agent Chris Cherry who will take the defendant to a Metropolitan Police Department district station and then to MPD central cellblock, for the purpose of booking, fingerprinting, photographing and processing on the charge contained in the information in this case, to be completed no later than 4 p.m. today.

                                   _____
                                   Colleen Kollar-Kotelly
                                   United States District Judge