Case No. 07-105

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

United States of America
v.
**Theodore Morgan**
Defendant's name _____
Defendant's address _____
Defendant's phone no. _____

### YOU ARE RELEASED ON THE FOLLOWING ADDITIONAL CONDITIONS INDICATED BELOW:

**PERSONAL PROMISE** [X]
- **PERSONAL RECOGNIZANCE.** Your personal recognizance, provided that you promise to appear at all scheduled hearings, trials, or otherwise as required by the Court.
- [ ] **UNSECURED APPEARANCE BOND.** Your personal unsecured appearance bond, to be forfeited should you fail to appear as required by the Court.
- [ ] **CASH BOND.** Upon execution of appearance bond, to be forfeited should you fail to appear as required by the Court, secured by a deposit, such deposit to be returned when the Court determines you have performed the conditions of your release. You will deposit in the registry of the Court _____ %.
- [ ] **SURETY BOND.** Upon execution of appearance bond with approved surety.

**FILED MAY 21 2007**
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### YOU ARE HEREBY RELEASED ON THE CONDITIONS INDICATED BELOW:

**1) SUPERVISORY CUSTODY** [ ] — You hereby agree to be placed in the custody of _____ who agrees (a) to supervise you in accordance with the conditions below, (b) to use every effort to assure your appearance at all scheduled hearings, trials, or otherwise, and (c) to notify the D.C. Pretrial Services Agency immediately in the event you violate any condition of release or disappear. Agency telephone 442-1000.

**2) YOU ARE TO REPORT** [X] — [X] weekly, [ ] other-specify; [ ] in person, [X] by phone TO [X] THE D.C. PRETRIAL SERVICES AGENCY AT 442-1000. [ ] Your attorney.

**3) YOU ARE TO LIVE** [X] — [X] at _above address_

**4a) YOU ARE TO WORK** [X] — [ ] by obtaining a job within ___ days; [ ] by maintaining your job as ___

**4b) YOU ARE TO STUDY** [ ] — [ ] by enrolling in school at ___; [ ] by maintaining your student status at ___

**5) YOU ARE TO STAY** [X] — [ ] away from the complaining witness. [X] Within the D.C. area. _unless have permission from Ct._

**6) NARCOTICS** [X] — _Drug test; if positive then drug placement_

**7) OTHER CONDITION** [X] — _Surrender passport_

**8) REARREST** [X] — Any rearrest on probable cause for any subsequent offense may result in revoking your present bond and _holding you without bond_

**NEXT DUE BACK:** in Courtroom 28A at 9:00 AM on 8-13-07, or when notified, also appear _when directed_

**YOUR ATTORNEY:** Gilda Sherrod-Ali, Capitol Legal Group, 216 G St. NE Washington DC 20002, phone 202-544-2299

**DEFENDANT'S SIGNATURE:** [signed]
**WITNESSED BY:** Dorothy _Patterson_, USDC Deputy Clerk

Date 5/21/07

**SO ORDERED** [signed Colleen Kollar-Kotelly]
Signature of Judge