UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| Plaintiff | : | |
| vs. | : | CRIMINAL NO. 07-105 |
| | : | Judge Colleen Kollar-Kotelly |
| THEODORE R. MORGAN | : | |
| Defendant | : | |

**ORDER**

FILED

MAY 2 4 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

The probation office shall file its Presentence Report by no later than

AUGUST 3, 2007.

The parties shall file its Memorandum in Aid of sentencing by no later than

AUGUST 8, 2007 and it is further;

ORDERED that the defendant shall be sentence Courtroom #28A on the Sixth Floor

on AUGUST 13, 2007 AT 9:00 A.M.

IT IS SO ORDERED,

Date: May 24, 2007

Colleen Kollar-Kotelly
United States District Judge

cc:  Chambers                    Probation
     Files                       Michael Liebman, AUSA
     Pretrial                    Gilda Sherrod-Ali, Counsel for Defendant