CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
3RD & CONSTITUTION AVE., NW
WASHINGTON, D.C. 20001

July 23, 2007

UNITED STATES OF AMERICA

v.                                                                                    Criminal No. **07cr105**

**THEODORE R. MORGAN**


**CRIMINAL NOTICE**

Please be advised that the Sentencing set for August 13, 2007, in the above entitled case has been vacated and is hereby RESCHEDULED in Court as set out below:

| | |
|---|---|
| CASE SET FOR: | **SENTENCING** |
| DATE: | **SEPTEMBER 11, 2007** |
| TIME: | **9:30 A.M.** |
| JUDGE: | **COLLEEN KOLLAR-KOTELLY** |
| COURTROOM: | **NO. 28A** |

Notwithstanding the obligation of the D.C. Pretrial Services Agency and/or Surety to notify the defendant of his/her required appearance, defense counsel is also directed by the Court to take appropriate action to assure the presence of the defendant.

NANCY MAYER-WHITTINGTON, Clerk

By: _____/s/_____
Dorothy Patterson, Deputy Clerk

cc:   Chambers
      File
      Dorothy Patterson, Courtroom Clerk
      Gilda Sherrod-Ali, Esq.
      Jeffrey Pearlman, AUSA
      U.S. Probation Officer
      Pretrial Services