HONORABLE COLLEEN KOLLAR-KOTELLY, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: <u>CR-07-105-01</u> |
| | : | |
| vs. | : | SSN: :_____ |
| | : | |
| MORGAN, Theodore | : | Disclosure Date: <u>July 9, 2007</u> |

**FILED**

SEP 1 1 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

**For the Government**
(CHECK APPROPRIATE BOX)
( ) There are no material/factual inaccuracies therein.
( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____          _____
Prosecuting Attorney                                              Date

**For the Defendant**
(CHECK APPROPRIATE BOX)
( ) There are no material/factual inaccuracies therein.
(X) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____  7/13/07          _____  7/13/07
Defendant              Date              Defense Counsel      Date

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by <u>July 23, 2007</u>, to U.S. Probation Officer <u>Renee Moses-Gregory</u>, telephone number <u>(202) 565-1348</u>, fax number <u>(202) 273-0242</u>.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

FOR THE COURT

By:   Gennine A. Hagar, Chief
      United States Probation Officer

**Receipt and Acknowledgment**                                              Page 2

Page 6, paragraph 32 – Mr. Morgan has lived at 4635 Easy Place, SE, since 1959 (not 1969).

Page 6, paragraph 34 – Complete list of medications taken by Mr. Morgan not included.

Page 9, paragraph 47 – Should read that home was purchased on or before 1959 (not 1969).

Page 10, paragraph 53 – Mr. Morgan indicates that he did not say he "didn't" have any accounts in collection. He recalls the question as one referring to "credit cards", of which he has none. But he is fully aware of the debts referred to in paragraph 53 because they came up when he refinanced the home to pay the restitution.

Page 12, paragraph 65 – The pronoun "she" should be "he" when referring to Mr. Morgan.

Generally, Mr. Morgan informed the probation officer that he regularly visited his sister in the nursing home, checks on her care at the facility and monitors her care, even though he has not informed his sister of his present situation.

Signed by: _____ (Defendant/Defense Attorney/AUSA)

Date: July 13, 2007